IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES, *ex rel.* ) | |
| Gary S. Hetland ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 08-cv-0801 (CKK) |
| v. ) | |
| ) | |
| TALEO CORPORATION, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

Having considered the Request For Entry Of Dismissal Order filed by the Plaintiff United States and Relator Gary S. Hetland, as result of a Settlement Agreement between the United States and defendant Taleo Corporation (Taleo), with an August 5, 2011 effective date (United States-Taleo Agreement) and a Settlement Agreement among Relator Gary Hetland, Defendant Taleo Corporation, and Plaintiff United States, with a September 29, 2011 effective date, it is this 11th day of October, 2011

ORDERED that this action is dismissed with prejudice to the extent of the Covered Conduct as defined in the United States-Taleo Agreement, and otherwise without prejudice to the United States.

COLLEEN KOLLAR-KOTELLY
UNITED STATES DISTRICT JUDGE